PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____ DIVISION

**Hector Lopez #63059**
Plaintiff's Name and ID Number

**Tom Green County Jail**
Place of Confinement

CASE NO. **6:25-cv-00007**
(Clerk will assign the number)

v.

**Keith Lane**
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES **X** NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
          Plaintiff(s)_____
          Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: _____

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ___YES   ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Hector Lopez #63059  Tom Green County Jail 4382 N US Hwy 277 San Angelo, TX. 76905

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Detective Keith Lane

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Reckless disregard to the truth, put a label on me

Defendant #2: On seperate list

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Stomped head and hand

Defendant #3: On seperate list

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

bent my arm

Defendant #4: On seperate list

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Kicked legs and side, I also been having back pains on lower back, but I also had past issues

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Applied on S.A.P.)) External Complaint Form dated December 27, 2024 when I actually filled it out.

Applied also on paper written on December 20, 2024.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the court to do a reexamination of my previous charges from Det. Lane, and expungement of my record, and a possible appropriate settlement.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Hector Lopez; Hector Suniga Lopez; Little One

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

I honestly don't remember

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date sanctions were imposed:_____
   4. Have the sanctions been lifted or otherwise satisfied?  ___YES  X NO

4

C.  Has any court ever warned or notified you that sanctions could be imposed?  ____YES  _X_ NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that issued warning (if federal, give the district and division):_____
   2.  Case number:_____
   3.  Approximate date warning was issued:_____

Executed on: _____
                  DATE

                                                                  _____
                                                                  (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __6th__ day of __January__, 20 _25_.
           (Day)                (month)            (year)

                                                                  _Hector Lopez_____
                                                                  (Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

**Listed Officers**
02/07/2024 1802 Vanderventer
Hector Lopez
SCHULTZ, JOSHUA D (2337)
HERNANDEZ, MIKE A (4084)
LAJOIE, KELLY LYNN (2101)
ESPINOZA, RICHARD ADAM (2389)
RATCLIFFE, BARRY D (2406)
SCOTT, ADAM L (3867)
GONZALES, TRAVIS C (2521)
CASTRO, ANDRES E (2729)
HOLDER, SHAWN M (3073)
REYES, MANUEL A (2725)
HAWTHORNE, MATTHEW C (2296)
RAMIREZ, JOSHUA R (3070)
TERRY, LANDON B (2732)
MONTANA, JONATHAN A (2686)
HELTON, MICHAEL JAMES (3018)

I'm not sure which officers where in the garage with me during my arrest.

Detective Lane recklessly disregard to the truth had me incarcerated under defamation, libel, slander, forcible detainer, false imprisonment, police brutality, excessive force, and all this played out his good faith. Please help me under these circumstances, and thank you for your time. God bless you.

Dear, Office of the Clerk,                                      Dec. 20, 2024

    My name is Hector Lopez and I was born in San Angelo Texas on July 5, 1984. I am currently incarcerated in Tom Green County jail. I would like to share a little of whats going on with my situation, if you will please take the time to read my letter and look into my case.

    On the 7th day of February 2024, I was arrested. During my arrest there were 4 or 5 officers. Two officer were standing above my while I was laying on my stomach, and my right arm was under my body. One of the officers standing above stomps on my left hand and on the back of my head. The other officers had their weight on me, so I could not pull my right arm from under me. The other officers were kicking me as well. There was 1 officer who told the other officers to stop and to let me pull my arm out from under me. If it was not for that 1 officer I believe it would have been worse. There was really no reason to use such force especially since I was cooperating. After being found

My wife and I had an arguement at a public carwash on the 11th day of January, 2024, and of course the cops were called. I admit I ran, but not because my wife told me to run. I ran because every time cops are involved they always want to be rough and assault me. I came out on the news that day for assault on family member bodily injury. Then sometime in February they are looking for me for Aggravated kidnapping, and also announced me to be armed and dangerous. On September 13th 2022 when I was being arrested, I had got pistol whooped by the officer and was slammed to the ground. On the 13th day of September, 2022, was the root of all this mess that I'm in right now. Detective Kieth Lane told my wife, How did Hector get out? I made sure he wasn't going to be able to get out. My wife's response to him was, I don't know, but he got out. Because I was released on the 1st day of September, 2023 on probation on a messed up charge that was forced on me. It was either I signed for three 20 year sentences or 7 years probation on that messed up charge. Which

is possession of child pornography. My wife and I were going through a seperation, and the reason I had possession of that was because I used my phone to hack into my daughter's phone, and she had pictures that were unappropriate on social media. I showed C.P.S. those pictures and they charged me with that. I really hate the way they did me on that situation, but God honest truth, thats not my cup of tea. I love my daughters all the same, and they are my babies no matter what.

    Moving right along, I have a history with law enforcement assaulting me, and I hope and pray to get justice. I been waiting to see a specialist already for 8 months. They told me it would be a 6 month wait, but its already been 8 months and still have not heard anything. The whole trial had been conducted with improper haste and total disregard of one detective saying false things about me in his statement. Because of detective Lane, everything was dictated by the desire to arrive at guilt, not justice. He is no longer a detective any more, but I hear he still works for law enforcement. My

wife Michelle Flores born on the 11th day of March, 1988, signed an affidavit of non-prosecution, but doing so I guess made prosecutors, and who ever else upset because after she did that, I then get charged with 44 other charges, accusations, and violations.

So please help me. I ask with a pure and sincere heart. I was involved at Jireh House Church, and I worked remodeling and rennovating houses. I took care of my family and whatever business had to be taking care of. I am not the monster they are painting me to be. I'm far from that. So again please help me if possible. Thank you for your time, and God bless you.

Best Regards,
Hector Lopez #63059



Hector Lopez # 63059
4382 N. U.S. Hwy. 277
San Angelo, Texas
-76905-

X-RAY

Office of the Clerk
33 E. Twohig Ave. # 202
San Angelo, Texas
-76903-

RECEIVED
JAN 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS